# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEE ALLEN BASS | : | 99-784 |

## O R D E R

**AND NOW**, this 17th day of April, 2009, upon consideration of defendant Lee Allen Bass's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Document No. 50, filed April 10, 2009), and the Response of the Government, for the reasons stated in the attached Memorandum, **IT IS ORDERED** that defendant Lee Allen Bass's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

BY THE COURT:

/s/ Jan E. DuBois, J.
JAN E. DUBOIS, J.